NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAMBUS, INC,**
*Appellant,*

v.

**MICRON TECHNOLOGY, INC.,**
*Appellee.*

---

2013-1087
(Reexamination Nos. 95/001,108 & 95/001,154)

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---------------------------------------------------------------------------------

**RAMBUS, INC,**
*Appellee,*

v.

**MICRON TECHNOLOGY, INC.,**
*Appellant.*

---

2013-1088
(Reexamination Nos. 95/001,108 & 95/001,154)

---

RAMBUS, INC. V. MICRON TECHNOLOGY                                    2

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Rambus, Inc.'s unopposed motion to dismiss appeal no. 2013-1088, and Samsung Electronics Co., Ltd.'s letter informing the court it will not be participating in these appeals,

IT IS ORDERED THAT:

(1)  The motion to dismiss appeal no. 2013-1088 is granted.  Appeal no. 2013-1088 is dismissed.  Each side shall bear its own costs in 2013-1088.

(2)  Samsung Electronics Co., Ltd. is removed from the official caption.  The revised official caption for appeal no. 2013-1087 is reflected above.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26

Issued As A Mandate (As To 13-1088 Only): __DEC 2 1 2012__